

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| BETHANY COSTANZA | : | DOCKET NO. 2:06-cv-1883 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this matter be REVERSED and REMANDED to the Commissioner for further proceedings consistent with this opinion.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 11th day of January, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE